IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| NARTISHA BATES | ) | CASE NO. 1:22-cv-2269 |
| | ) | |
| Plaintiff, | ) | JUDGE BRIDGET M. BRENNAN |
| | ) | |
| v. | ) | **PLAINTIFF'S ATTORNEY'S FEES** |
| | ) | **ITEMIZATION** |
| UNIVERSITY HOSPITALS HEALTH | ) | |
| SYSTEM, INC. | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff, Nartisha Bates, by and through undersigned counsel, and pursuant to the Court's Case Management Order, hereby submits the following preliminary estimate and/or budget of the amount of attorney's fees and expenses anticipated in this matter:

| **ATTORNEY'S FEES** | | **COSTS** | |
|---|---|---|---|
| Preliminary Investigation And Filing Complaint | $2,500.00 | Depositions | $3,000.00 |
| Procedural Motions Practice | N/A | Experts | $3,000.00 |
| Discovery | $25,000.00 | Witness Fees | $500.00 |
| Dispositive Motions Practice | $15,000.00 | Other | $2,500.00 |
| Settlement Negotiations | $5,000.00 | | |
| Trial | $20,000.00 | | |
| **TOTAL FEES** | **$67,500.00** | **TOTAL COSTS** | **$9,000.00** |



The Employee's Attorney.™

Respectfully submitted,

*/s/ Fred M. Bean*
Fred M. Bean (0086756)
**THE SPITZ LAW FIRM, LLC**
25825 Science Park Drive, Suite 200
Beachwood, OH 44122
Phone: (216) 291-4744
Fax:    (216) 291-5744
Email: Fred.Bean@SpitzLawFirm.com

*Attorney For Plaintiff*

## **CERTIFICATE OF SERVICE**

I certify that the foregoing was served via the Court's Online Filing system this 20th day of March 2023 to all parties.


*/s/ Fred M. Bean*
Fred M. Bean (0086756)
**THE SPITZ LAW FIRM, LLC**